# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**GUY CHRISTENSEN,**

   **Plaintiff,**

  **v.**          **Civil Action 2:25-cv-1062**
               **Judge Edmund A. Sargus, Jr.**
               **Magistrate Judge Chelsey M. Vascura**

**WALTER ('TED') CARTER, JR.,** *et al.*,

   **Defendants.**


## ORDER

  This matter is before the Court on Plaintiff's Motion for Leave to Manually File Video

Exhibits (ECF No. 7). For good cause shown, the Motion is **GRANTED**. The Clerk is directed

to accept Plaintiff's flash drive containing Plaintiff's video exhibits to his declaration in support

of his Motion for Preliminary Injunction (ECF No. 8-1) for filing.


  **IT IS SO ORDERED.**


        /s/ *Chelsey M. Vascura*
        CHELSEY M. VASCURA
        UNITED STATES MAGISTRATE JUDGE