UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GUY CHRISTENSEN,

        Plaintiff,                         Civil Action No. 2:25-cv-1062

    v.                                    Judge Edmund A. Sargus, Jr.
                                          Magistrate Judge Chelsey M. Vascura

WALTER "TED" CARTER JR., *et al.*,

        Defendants.

## ORDER

This matter came before the Court for a telephone conference pursuant to Local Rule 65.1 on Plaintiff's Motion for Preliminary Injunction (ECF No. 8) on September 24, 2025. All parties were represented. As a result of that conference, a Preliminary Injunction Hearing was scheduled for **January 12, 2026, at 9:00 a.m**. Notice of the Preliminary Injunction Hearing has been filed on the Court's docket. (ECF No. 17.)

The deadline for Defendants to answer Plaintiff's Complaint (ECF No. 1) or file a motion pursuant to Federal Rule of Civil Procedure 12(b) is **October 24, 2025**. If Defendants file a motion under Federal Rule of Civil Procedure 12(b), Plaintiff's response in opposition is due **within 14 days** of Defendants' filing. Any reply in support is due **within 7 days** of the filing of Plaintiff's response.

The deadline for Defendants to file a response in opposition to Plaintiff's Motion for Preliminary Injunction (ECF No. 8) is **December 12, 2025**. The deadline for Plaintiff to file a reply in support is **December 22, 2025**.

The parties are instructed to meet and confer regarding discovery deadlines related to Plaintiff's Motion for Preliminary Injunction (ECF No. 8). If the parties agree to a discovery

schedule, they are directed to file a Joint Motion and Proposed Order.  If the parties do not agree to a discovery schedule, they are directed to email the law clerk at margo_karl@ohsd.uscourts.gov by **September 26, 2025, at 12:00 p.m.** indicating that their meet and confer efforts have failed.  If necessary, the Court will schedule a telephone conference with the parties to set discovery deadlines related to Plaintiff's Motion for Preliminary Injunction (ECF No. 8).

    This case remains open.

    **IT IS SO ORDERED.**

**9/24/2025**                                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                                        **EDMUND A. SARGUS, JR.**
                                                                  **UNITED STATES DISTRICT JUDGE**