UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GUY CHRISTENSEN, | ) |
|     Plaintiff, | ) Case No. 2:25-cv-01062 |
| v. | ) Judge Sargus |
| | ) Magistrate Judge Vascura |
| WALTER "TED" CARTER JR., *et al.*, | ) |
|     Defendants. | ) |

**JOINT MOTION FOR DISCOVERY SCHEDULE**

Per this Court's September 24, 2025, Order, (ECF No. 18), counsel for all parties have conferred and reached agreement on the following proposed schedule for discovery relating to Plaintiff's Motion for Preliminary Injunction (ECF No. 8). The briefing dates already entered by the Court are included and indicated with an asterisk (*). A proposed order is attached.

- October 7, 2025: Initial Disclosures

- October 7, 2025: Target date for Defendants to produce responses to Plaintiff's First Set of Document Requests

- October 31, 2025: Expert Reports (other than for rebuttal) (if any)

- November 21, 2025: Rebuttal Expert Reports (if any)

- December 5, 2025: Close of discovery

- December 12, 2025: Defendants' Opposition Due*

- December 22, 2025: Plaintiff's Reply Due*

- January 5, 2026: Exchange of final witness and exhibit lists (if any) for January 12, 2026,

1

preliminary injunction hearing

- January 12, 2026:  Preliminary Injunction Hearing*

Respectfully submitted,

<div style="columns:2">

/s/ David J. Carey
David J. Carey       (0088787)
Carlen Zhang-D'Souza (0093079)*
ACLU of Ohio Foundation, Inc.
1108 City Park Avenue, Suite 203
Columbus, Ohio 43206
(380) 215-1972
dcarey@acluohio.org
czhangdsouza@acluohio.org

Freda J. Levenson    (0045916)
Amy Gilbert          (0100887)
ACLU of Ohio Foundation, Inc.
4506 Chester Avenue
Cleveland, Ohio 44103
(216) 541-1376 (Levenson)
(216) 770-6704 (Gilbert)
flevenson@acluohio.org
agilbert@acluohio.org

*Admitted *pro hac vice*

*Counsel for Plaintiff Guy Christensen*

/s/ Julie M. Pfeiffer
JULIE M. PFEIFFER (0069762)*
     **Counsel of Record*
GREGORY A. RUSTICO (0104103)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, OH  43215-3428
Tel: (614) 466-2872 | Fax: (614) 728-7592
Julie.Pfeiffer@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov

*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *David J. Carey*
David J. Carey  (0088787)
*Trial Attorney for Plaintiff*