UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GUY CHRISTENSEN,**

    **Plaintiff,**

v.

**WALTER "TED" CARTER JR.,** *et al.*,

    **Defendants.**

Case No. 2:25-cv-1062
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion for Discovery Schedule. (ECF No. 19.) The Court **GRANTS** the parties' Joint Motion for Discovery Schedule (ECF No. 19) and **DENIES AS MOOT** Plaintiff Guy Christensen's Motion for Expedited Discovery (ECF No. 14).

Following a telephone conference with the parties on September 24, 2025, the Court entered an Order setting a partial case schedule and instructing the parties to confer regarding discovery deadlines related to Plaintiff's Motion for Preliminary Injunction (ECF No. 8). (ECF No. 18.) Upon agreement of the parties' counsel, discovery related to Plaintiff's Motion for Preliminary Injunction shall proceed as follows:

- October 7, 2025: Initial Disclosures

- October 7, 2025: Defendants produce responses to Plaintiff's First Set of Document Requests

- October 31, 2025: Expert Reports (other than for rebuttal) (if any)

- November 21, 2025: Rebuttal Expert Reports (if any)

- December 5, 2025: Close of discovery

- January 5, 2026: Exchange of final witness and exhibit lists (if any) for January 12, 2026, preliminary injunction hearing

The parties' agreement resolves Plaintiff's Motion for Expedited Discovery. (ECF No. 14.)

As set forth in an earlier Order (ECF No. 18), the deadline for Defendants to answer Plaintiff's Complaint or file a motion pursuant to Federal Rule of Civil Procedure 12(b) is October 24, 2025. If Defendants file a motion under Rule 12(b), Plaintiff's response in opposition is due within 14 days of Defendants' filing and any reply in support is due within 7 days of the filing of Plaintiff's response in opposition. In addition, the deadline for Defendants to file a response in opposition to Plaintiff's Motion for Preliminary Injunction is December 12, 2025, and the deadline for Plaintiff to file a reply in support is December 22, 2025.

To sum, the Court **GRANTS** the parties' Joint Motion for Discovery Schedule (ECF No. 19) and **DENIES AS MOOT** Plaintiff's Motion for Expedited Discovery (ECF No. 14).

This case remains open.

**IT IS SO ORDERED.**

**9/29/2025**  
**DATE**

**s/Edmund A. Sargus, Jr.**  
**EDMUND A. SARGUS, JR.**  
**UNITED STATES DISTRICT JUDGE**