# Exhibit E

Deposition of Keesha Redman Mitchell

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

Guy Christensen,            :

    Plaintiff,              :

    vs.                     : Case No. 2:25-cv-01062
                              Judge Sargus
Walter Carter, Jr.,         : Magistrate Judge Vascura
et al.,
                            :
    Defendants.
                            :

- - - - -

DEPOSITION OF KEESHA REDMAN MITCHELL

- - - - -

Taken at The Ohio State University
Office of Legal Affairs
1590 North High Street, Ste. 500
Columbus, OH 43201
November 18, 2025, 10:00 a.m.

- - - - -

Spectrum Reporting LLC
400 South Fifth Street, Ste. 201
Columbus, Ohio 43215
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

106

1  Are you aware of Mr. Christensen
2  releasing any videos condemning the May 21st, 2025
3  shooting in Washington, D.C.?
4  A.    No.
5  Q.    Prior to Mr. Christensen's suspension,
6  did you watch any video that he posted about
7  Congressman Ritchie Torres?
8  A.    No.
9  Q.    Prior to his suspension, do you recall
10 seeing a video by Mr. Christensen in which he
11 stated, "I'm not suicidal" and "I would never make
12 a threat that would jeopardize my position"?
13 A.    No.
14 Q.    Would that video have had any impact on
15 your assessment?
16       MR. BLAIR:  Objection.  Calls for
17 speculation.
18       You can answer.
19 A.    No.
20 Q.    Why not?
21 A.    I mean, I -- again, I was looking at
22 with regard to our policy, we did not proceed, so,
23 again, I think it would be speculative for me to
24 determine whether that would have had an impact on

```
                                                          108

1    Q.          What larger concerns did you --
2    A.          About the -- the Congressman.
3    Q.          About Congressman Torres you're
4    referring to?
5    A.          Right.
6    Q.          Setting aside Congressman Torres -- and
7    let's -- let me back up.
8                Expanding to any time, not just before
9    his suspension, were you aware of any public
10   officials or elected officials, other than
11   Congressman Torres, commenting on Mr. Christensen
12   or his videos?
13   A.          I cannot specifically remember.
14   Q.          Can you remember generally?
15   A.          I -- I think generally there was -- I
16   was aware of generalized concern as with regard to
17   these posts, but I can't say specifically seeing
18   who was concerned.
19   Q.          Do you recall that some elected
20   official or public official, other than
21   Congressman Torres, had expressed concern?
22   A.          I don't remember specifically.
23   Q.          Are you aware of any comments that were
24   made at any time about Mr. Christensen or the
```

109

1 Rodriguez Video by Attorney General Pam Bondi?
2 A. No.
3 Q. Do you know who Leo Torrell is?
4 A. No.
5 Q. Aside from Dr. Shivers, and excluding
6 any conversations you may have had with counsel,
7 who did you discuss the Rodriguez Video with prior
8 to his suspension?
9 A. It would have been part of our team. I
10 mean, our internal team, looking at the report,
11 the Office of Legal Affairs, OSU PD, and Melissa
12 Shivers, and the employees in the Office of
13 Compliance.
14 Q. What do you recall discussing among
15 your team at CRCO?
16 A. Mainly we were trying to determine if
17 the reports as they came in, we were doing
18 outreach to those -- to those people, the
19 reporters, to determine whether they had any
20 students that they -- whose names they were
21 willing to give us so that we could send outreach
22 to those students and determine whether they
23 wanted to proceed as well.
24 Q. Do you recall receiving reports or