# Exhibit F

OSU Transcript for Guy Christensen

Name: Guy Steven Christensen
Student:
DOB:
Print Date: 09/23/2025
Page 1 of 1
OSUOF

**Institutions Attended**

**External Degrees**

High School Diploma    May 30, 2024

**Beginning of Undergraduate Record**

### Autumn 2024 Semester

Program: Business
Plan: Marketing Major

| Course | | Description | Attempted | Earned |
|---|---|---|---|---|
| BUSADM | 1100 | Bus Survey | 1.00 | 1.00 |
| COMPSTD | 2105 | Lit & Ethnicity | 3.00 | 3.00 |
| CSE | 2111 | Spreadsheets & DBs | 3.00 | 3.00 |
| HISTORY | 2453 | Zionism Mod Israel | 3.00 | 3.00 |
| POLITSC | 1300 | Global Politics | 3.00 | 3.00 |
| PUBAFRS | 2170 | Eqt Jus Pub Serv | 3.00 | 3.00 |

**Test Credits Applied Toward Business**

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ECON | 2002.01 | Prin Macroeconomic | 0.00 | 3.00 | EM | 0.000 |
| ECON | 2001.01 | Prin Microeconomic | 0.00 | 3.00 | EM | 0.000 |
| ENGLISH | 1110.01 | First-Yr Engl Comp | 0.00 | 3.00 | EM | 0.000 |
| ENGLISH | 1167H | 1st Yr Writing Sem | 0.00 | 3.00 | EM | 0.000 |
| HISTORY | 1151 | Amer Hist to 1877 | 0.00 | 3.00 | EM | 0.000 |
| HISTORY | 1152 | Am Hist since 1877 | 0.00 | 3.00 | EM | 0.000 |
| HISTORY | 1681 | World Hist to 1500 | 0.00 | 3.00 | EM | 0.000 |
| HISTORY | 1682 | Wld Hist 1500-Pres | 0.00 | 3.00 | EM | 0.000 |
| MATH | 1151 | Calculus 1 | 0.00 | 5.00 | EM | 0.000 |
| POLITSC | 1100 | Intro Amer Poltics | 0.00 | 3.00 | EM | 0.000 |
| PSYCH | 1100 | Intro Psychology | 0.00 | 3.00 | EM | 0.000 |

Test Trans GPA:  0.000    Transfer Totals:  0.00  35.00    0.000

| | | | GPA Hours | Earned | Points |
|---|---|---|---|---|---|
| Term GPA | 3.793 | Term Totals | 16.00 | 51.00 | |
| Cum GPA | 3.793 | Cum Totals | 16.00 | 51.00 | |

**Dean's List**

### Spring 2025 Semester

Program: Business
Plan: Marketing Major
Plan: Political Science Secondary Major

Program: Arts and Sciences
Plan: Political Science Major

| Course | | Description | Attempted | Earned | Grade | Points |
|---|---|---|---|---|---|---|
| ACCTMIS | 2200 | Intro to Acct 1 | 3.00 | 3.00 | | |
| ANTHROP | 2200 | Intro Bio Anthrop | 4.00 | 4.00 | | |
| GENED | 1201 | GE Launch Seminar | 1.00 | 1.00 | | |
| POLITSC | 2110 | AMGOV CULT & BEHAV | 3.00 | 3.00 | | |
| POLITSC | 2150 | Voters & Elections | 3.00 | 3.00 | | |
| STAT | 1430.01 | Stat Business Sci | 4.00 | 4.00 | | |

ADMINISTRATIVELY DISENROLLED PURUSANT TO 3335-23-21

| | | | GPA Hours | Earned | Points |
|---|---|---|---|---|---|
| Term GPA |  | Term Totals | 17.00 | 18.00 | |
| Cum GPA | | Cum Totals | 33.00 | 69.00 | |

**Dean's List**
**Undergraduate Career Totals**
Cum GPA:              Cum Totals       33.00    69.00

***End of UndergraduateTranscript***

Exhibit F