UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


**GUY CHRISTENSEN,**

      **Plaintiff,**

    **v.**

**WALTER ('TED') CARTER, JR.,**
*in his Official Capacity, et al.,*

      **Defendants.**

**Civil Action 2:25-cv-1062**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**


## PRELIMINARY PRETRIAL ORDER

The parties submitted their Rule 26(f) Report on April 3, 2026, and indicated their preference that the Court issue a Preliminary Pretrial Order without a conference. Accordingly, the April 17, 2026 preliminary pretrial conference is **VACATED**.

**Rule 26(a)(1) Initial Disclosures**

The parties have already exchanged initial disclosures.

**Jurisdiction and Venue**

There are no contested issues related to venue or jurisdiction.

**Amendments to Pleadings and/or Joinder of Parties**

The parties agree that the appropriate time for amendments of the pleadings, other than substitutions of parties, has passed.

**Motions**

There are no pending motions.

**Allegations in the Pleadings and Jury Demand**

Plaintiff advances claims for First Amendment retaliation and Fourteenth Amendment due process violations under 42 U.S.C. § 1983. Defendants deny liability.

There is no jury demand.

**Expert Disclosures**

The parties do not anticipate the use of expert witnesses at this time.

**Discovery Deadline and Limitations**

The parties agree that no further discovery is necessary following the preliminary injunction phase of this action, the discovery period for which expired on December 5, 2025. The parties agree that discovery is closed and no discovery disputes are forthcoming.

**Dispositive Motions**

Case dispositive motions must be filed by **June 17, 2026**.

**Settlement**

The parties have already exchanged settlement proposals and are engaged in productive direct discussions. The parties agree to make a good faith effort to settle this case.

**Other Matters**

Any party intending to seek attorney fees and costs as a prevailing party shall make quarterly reports to the other party disclosing the to-date accrued attorney's fees and costs.

If any date set in this Order falls on a Saturday, Sunday, or legal holiday, the date of the next business day will control.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

2