**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

GUY CHRISTENSEN,

     **Plaintiff,**

    **v.**                              **Civil Action 2:25-cv-1062**
                                         **Judge Edmund A. Sargus, Jr.**
**WALTER ('TED') CARTER, JR.,** *et al.*,     **Magistrate Judge Chelsey M. Vascura**

     **Defendants.**

## ORDER

This matter is before the Court on the parties' Joint Motion to Amend Preliminary Pretrial Order (ECF No. 41). Therein, the parties represent that they have reached a settlement in principle. For good cause shown, the Motion is **GRANTED**. The dispositive motions deadline is **EXTENDED** to **JULY 17, 2026**.

The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JULY 17, 2026**, unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

     **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE