**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GUY CHRISTENSEN,**

**Plaintiff,**

**v.**

**WALTER "TED" CARTER JR., *et al.*,**

**Defendants.**

**Case Number 2:25-cv-1062**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

**ORDER**

This matter is before the Court on Plaintiff Guy Christensen's Unopposed Motion to Convert the January 14, 2026 Preliminary Injunction to a Permanent Injunction. (ECF No. 43.) Because there are "no triable issues of fact remaining to be resolved, the Court may properly convert a preliminary injunction to a permanent injunction without an evidentiary hearing." *United States v. Graham*, No. 1:03cv96, 2007 WL 4365404, at *2 (S.D. Ohio Dec. 10, 2007) (Barrett, J.) (citing *United States v. McGee*, 714 F.2d 607, 613 (6th Cir. 1983)).

Upon consideration and the agreement of parties, the Court **GRANTS** (ECF No. 43) Plaintiff Guy Christensen's Motion for Permanent Injunction. The January 14, 2026 Preliminary Injunction Order (ECF No. 36) is converted to a permanent injunction. Defendants are **PERMANENTLY ENJOINED** from making mention of involuntary disenrollment in Mr. Christensen's academic transcript at Ohio State University, his academic record, or by other means. This Court retains jurisdiction for purpose of enforcing this injunction.

The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**10/2/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**