**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GUY CHRISTENSEN,**

**Plaintiff,**

**v.**

**Case No. 2:25-CV-1062**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsey M. Vascura**

**WALTER ('TED') CARTER, JR., *et al.*,**

**Defendants.**

# ORDER

This matter was resolved by Order on October 2, 2026 (ECF No. 46) and a Clerk's Judgment was entered on October 2, 2026 (ECF No. 47). The Court has closed this case and hereby ORDERS that the $100 bond currently being held by the Court be returned to the Plaintiff.

**IT IS SO ORDERED.**

10/27/2026
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**